UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON FRANCIS IRA TIPPITT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 10-4584** |
| **MICHAEL J ASTRUE**<br>**COMMISSIONER SOCIAL SECURITY**<br>**ADMINISTRATION** | **SECTION: "B"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that judgment be entered in favor of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, and against the plaintiff, Jason Francis Ira Tippitt, dismissing plaintiff's petition without prejudice.

New Orleans, Louisiana, this 28th day of September, 2011.

UNITED STATES DISTRICT JUDGE